# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:04-CR-311-T-17TGW |
| FELIX CROMARTIE | USM Number: 42225-018 |

AFPD Jenny Devine
_____
Defendant's Attorney

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) 1 through 17 of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to notify ten days prior to any change in residence | February 27, 2010 |
| 2 | Failure to comply with the Home Detention Program | February 1, 2010 |
| 3 | Failure to comply with the Home Detention Program | February 2, 2010 |
| 4 | Failure to comply with the Home Detention Program | February 3, 2010 |
| 5 | Failure to comply with the Home Detention Program | February 4, 2010 |
| 6 | Failure to comply with the Home Detention Program | February 5, 2010 |
| 7 | Failure to comply with the Home Detention Program | February 6, 2010 |
| 8 | Failure to comply with the Home Detention Program | February 7, 2010 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 29, 2010
_____
Date of Imposition of Judgment

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

_____
Date

DEFENDANT: FELIX CROMARTIE
CASE NUMBER: 8:04-CR-311-T-17TGW

## VIOLATION CHARGES CONTINUED

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 9 | Failure to comply with the Home Detention Program | February 11, 2010 |
| 10 | Failure to comply with the Home Detention Program | February 13, 2010 |
| 11 | Failure to comply with the Home Detention Program | February 14, 2010 |
| 12 | Failure to comply with the Home Detention Program | February 15, 2010 |
| 13 | Failure to comply with the Home Detention Program | February 17, 2010 |
| 14 | Failure to comply with the Home Detention Program | February 18, 2010 |
| 15 | Failure to comply with the Home Detention Program | February 19, 2010 |
| 16 | Failure to comply with the Home Detention Program | February 20, 2010 |
| 17 | Failure to complete Community Service | February 23, 2010 |

DEFENDANT: FELIX CROMARTIE
CASE NUMBER: 8:04-CR-311-T-17TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS AND ONE (1) DAY** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__ The defendant is remanded to the custody of the United States Marshal Service.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL